United States District Court
Southern District of Texas
**ENTERED**
March 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEJANDRO MARTINEZ MUNIZ, | § |
| Petitioner, | § |
| v. | §  CIVIL NO. 4:25-cv-6191 |
| KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, | § |
| Respondent. | § |

## ORDER

The Court **GRANTS** Federal Respondent's opposed motion for an out-of-time extension to respond to the emergency motion to stay and emergency motion for immediate release (Dkt. 10 and 11). Federal Respondent has until **March 10, 2026** to file responses to the Petitioner's motions filed at Docket entries 10 and 11.

It is so Ordered.

Signed on _MARCH 12_, 2026 at Houston, Texas.

Hon. Sim Lake
United States District Judge